IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

RAYMOND HOPP,

    Plaintiff,

v.

MJC AMERICA, LTD.,
GREE USA, INC.,
HONG KONG GREE ELECTRIC
APPLIANCE SALES, LTD.,
GREE ELECTRIC APPLIANCES,
INC., OF ZHUHAI, and
MENARD, INC.,

    Defendants.

Case No. 23-CV-325

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff and Defendants by counsel, hereby stipulate and agree to the dismissal of the above-captioned cause of action in its entirety, including claims that were brought or that could have been brought, with prejudice, and each party to bear its own costs and fees.

Dated: July 15, 2025.

            RON HARMEYER LAW OFFICE LLC
            Attorneys for Raymond Hopp


            *s/ Ronald W. Harmeyer*
            Ronald W. Harmeyer
            State Bar No. 1026579

330 E. Kilbourn Avenue, Suite 1070
Milwaukee, WI 53202
Tel. (414) 316-2500
Fax: (414) 755-7081
rharmeyer@ronharmeyerlaw.com


Dated: July 15, 2025.

            GORDON REES SCULLY
            MANSUKHANI LLP
            Attorneys for Defendants


            *s/ Eric Wells*
            Eric Wells
            Admitted *Pro Hac Vice*

1 Battery Park Plaza, 28th Floor
New York, NY 10004
Tel. (212) 453-0752
Fax: (212) 269-5505
ewells@grsm.com